**Opinion issued July 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00473-CV

————————————

## IN RE SAVANNA FAZZOLARI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Savanna Fazzolari, proceeding pro se, has filed a petition for writ of mandamus complaining of the trial court's May 30, 2019 order on conservatorship of Savannah's children and the trial court's alleged failure to rule on her motions to vacate and petition for writ of habeas corpus.[1]

---

[1]    The underlying case is *In the Interest of A.F. and N.F., Children*, cause number 17-DCV-246072, pending in the 505th District Court of Fort Bend County, Texas, the Honorable Kali Morgan presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.